**EXHIBIT "A"**





**TICKET CONTRACT**

IMPORTANT NOTICE TO GUESTS: THIS DOCUMENT IS A LEGALLY BINDING CONTRACT ISSUED BY CARNIVAL CRUISE LINE TO, AND ACCEPTED BY, GUEST SUBJECT TO THE IMPORTANT TERMS AND CONDITIONS APPEARING BELOW.

NOTICE: THE ATTENTION OF GUEST IS ESPECIALLY DIRECTED TO CLAUSES 1, 4, AND 11 THROUGH 14, WHICH CONTAIN IMPORTANT LIMITATIONS ON THE RIGHTS OF GUESTS TO ASSERT CLAIMS AGAINST CARNIVAL CRUISE LINE, THE VESSEL, THEIR AGENTS AND EMPLOYEES, AND OTHERS, INCLUDING FORUM SELECTION, CHOICE OF LAW, ARBITRATION AND WAIVER OF JURY TRIAL FOR CERTAIN CLAIMS.

IMPORTANT TERMS AND CONDITIONS OF CONTRACT – READ CAREFULLY

In consideration of the receipt of the full cruise fare and/or boarding and lodging on the vessel, Carnival Cruise Line ("Carnival") agrees to transport Guest on the following terms and conditions:

**1. DEFINITIONS AND SCOPE OF CONTRACT**

(a) Whenever the word "Carnival" is used in this Contract it shall mean and include the Vessel, and all its owners, operators, employees, agents, charterers and water shuttles. The term "Guest" shall include the plural where appropriate, and means all persons or entities booking or purchasing passage and/or traveling under this Contract, including heirs, representatives and any accompanying minors. The masculine includes the feminine. "Guest" shall have the same meaning as "Passenger" in this Contract.

(b) "Cruise Fare" or "Fare" means the amount paid for the cruise which includes full board, ordinary ship's food during the voyage, but not gratuities, spirits, wine, beer, soft drinks or mineral waters, shore excursions, salon and spa services, Carnival LIVE concerts, or any other incidental charge or expense. The cruise fare shall be deemed to be earned when paid and not refundable except as stated in Carnival's brochure applicable to the voyage and as provided in Clauses 7 and 8, herein.

and travel eligibility requirements for their particular cruise. Carnival may cancel the booking of any Guest who is or becomes ineligible to travel for any reason, or who is traveling without proper documentation. Any such Guest, or any Guest who fails to board the ship at embarkation, shall be ineligible to board the ship thereafter without Carnival's consent, and shall not attempt to do so at the same or another port. Under these circumstances the Guest shall not be entitled to a refund or compensation of any kind. Guest is responsible for all related costs and fines, including without limitation travel expenses and for proper travel documentation for any port, or for departure from or arrival to the US. Under no circumstances shall Carnival be liable for any costs, damages or expenses whatsoever incurred by any Guest as a result of such failure, cancellation or denial of boarding. For sailings to Cuba, please also refer to Clause 2(h) below.

(d) Guest acknowledges receipt of Carnival's applicable brochures and travel information and agrees to abide by the terms and conditions of not just this Contract, but also the information contained in Carnival's brochures and website, including but not limited to the information contained in the "Frequently Asked Questions" and "Embarkation Information" sections.

(e) Guest acknowledges that, for a voyage commencing in a United States port for a round-trip voyage via one or more United States ports, Guest must complete the voyage and disembark at the embarkation port. Failure to do so may result in a fine or penalty being imposed by the United States Customs Service or other governmental agency. In consideration for the fare paid, Guest agrees to pay any such fine or penalty imposed because of Guest's failure to complete the voyage.

(f) Carnival shall refuse boarding to any Guest under the age of twenty-one (21) unless: (1) the Guest is traveling in the same stateroom with an individual twenty-five years or older; (2) traveling in the same stateroom with their spouse; or (3) traveling with a parent or guardian in an accompanying stateroom. Adult Guests agree to be responsible at all times for the safety and behavior of their minor. Guests who are traveling with them and Guests agree to properly supervise and monitor all minors traveling with them. Proof of age and/or proof of marriage are required. Carnival shall not be liable to make any refunds or for any damages with respect to any Guest's failure to provide proper proof of age or marriage or otherwise comply with this provision.

(g) Guests must attend the mandatory safety briefing at the commencement of the cruise and any subsequent briefing ordered by the ship's officer during the cruise. Guests shall comply with all onboard health, environmental and safety policies and procedures, and shall familiarize themselves with the nature and character of the ship, as well as, all emergency exits, to assist with safe evacuation in the event of an emergency.

(h) Cruises to Cuba: Notwithstanding anything contained in the Contract to the contrary, the following terms and conditions apply for any cruise that includes Cuba as a port of call:

(1) All Guests must comply with all applicable requirements of U.S. law and regulations and all of Carnival's instructions with respect to visiting Cuba, including the specific limitations, restrictions and conditions on activities applicable to Guests traveling to Cuba, regardless of their nationality. This may include completing an affidavit certifying the Guest's reason for traveling to Cuba.

(2) Carnival may offer Guests the ability to purchase certain Cuban travel visas, provided that this does not in any way limit or waive a Guest's obligations under Clause 2(c) above.

### 3. YOUR TRAVEL AGENT

Any travel agent or sales agent utilized by the Guest in connection with the booking of the cruise, or this contract is solely the agent of the Guest and not Carnival. Carnival is not responsible for the financial condition or integrity of any travel agent utilized by Guest. In the event that an agent shall fail to remit to Carnival any monies paid to the agent by Guest, Guest shall be and remain liable for the fare due to Carnival, regardless of whether liability is asserted before or after embarkation. Issuance and validity of ticket contract is conditional upon final payment being received by Carnival prior to sailing. Any refund made by Carnival to an agent on behalf of Guest shall be deemed payment to Guest, regardless whether the monies are delivered by the agent to Guest. Receipt of this ticket contract, any other documentation or notification pertaining to the cruise by Guest's travel agent shall constitute receipt by Guest.

### 4. BAGGAGE, PERSONAL PROPERTY, PROHIBITED ITEMS, LIMITATION OF LIABILITY

(a) Each fully paid adult Guest will be allowed a reasonable amount of luggage on board containing their personal belongings. Luggage means only trunks, valises, satchels, bags, hangers and bundles with their contents consisting of only such wearing apparel, toilet articles and similar personal effects as are necessary and appropriate for the purpose of the journey. Carnival reserves the right to inspect all luggage for the safety and security of the vessel and deny any such luggage it deems unreasonable or unsafe.

(b) No tools of trade, household goods, presents and/or property of others, jewelry, money, cameras, documents, valuables of any description including but not limited to such articles as are described in Title 46 of the United States Code section 30503 shall be carried except under and subject to the terms of a special written contract or Bill of Lading entered into with Carnival prior to embarkation upon application of the Guest. The Guest warrants that no such articles are contained in any receptacle or container presented by him as baggage hereunder, and if any such articles are shipped in the Guest's baggage in breach of this warranty, no liability for negligence, gross or ordinary, shall attach to Carnival for any loss or damage thereto.

| | Days Prior to Departure Date | Cancellation Charge (Per Guest) |
|---|---|---|
| 2,3,4 & 5 day cruises (excluding all Alaska, Europe, Transatlantic, and Panama Canal cruises; and all cruises purchased under the Pack & Go fare): | Up to 61 days | None (except Pack & Go, Early Saver* and Super Saver fares**) |
| | 60 to 46 days | Deposit |
| | 45 to 30 days | Deposit or 50% of Total Fare, whichever is greater |
| | 29 to 15 days | Deposit or 75% of Total Fare, whichever is greater |
| | 14 days or less | 100% of Total Fare |
| 6-8 day cruises (excluding all Alaska, Europe, Transatlantic, and Panama Canal cruises; and all cruises purchased under the Pack & Go fare): | Up to 76 days | None (except Pack & Go, Early Saver* and Super Saver fares**) |
| | 75 to 56 days | Deposit |
| | 55 to 30 days | Deposit or 50% of Total Fare, whichever is greater |
| | 29 to 15 days | Deposit or 75% of Total Fare, whichever is greater |
| | 14 days or less | 100% of Total Fare |
| 9 day or longer cruises, as well as all Alaska, Europe, Transatlantic, and Panama Canal cruises): | Up to 91 days | None (except Pack & Go, Early Saver* and Super Saver fares**) |
| | 90 to 56 days | Deposit |
| | 55 to 30 days | Deposit or 50% of Total Fare, whichever is greater |
| | 29 to 15 days | Deposit or 75% of Total Fare, whichever is greater |
| | 14 days or less | 100% of Total Fare |
| All cruises purchased under the Pack & Go fare | Any time after booking | 100% of Total Fare |

Total Fare is defined as Cruise Fare, Transfer Services, Pre/Post Cruise Vacation Packages and Air Supplements (excluding Restricted Air which is non-refundable any time after booking).

*Early Saver: The deposit is non-refundable. All cancellations that occur prior to final payment due date will receive a non-refundable and non-transferable future cruise credit, redeemable for US dollars bookings, in the amount of the deposit less a $50 pp service fee. The future cruise credit must be used on a sailing within 24 months from the date of cancellation and can only be applied to your cruise fare. Any unused portion will be forfeited.

**Super Saver: The deposit is non-refundable.

### 7. CARNIVAL'S RIGHT TO INCREASE FARES, CANCEL OR CHANGE VOYAGE, AND CHANGE STATEROOM ASSIGNMENTS

(a) Carnival reserves the right to increase published fares and air fare supplements without prior notice. However, fully paid or deposited Guests will be protected, except for fares listed, quoted, advertised or booked in error, fuel supplements, government taxes, other surcharges and changes to deposit, payment and cancellation terms/conditions, which are subject to change without notice. In the event that a cruise fare listed, quoted or advertised through any website, Carnival sales person, travel agent or any other source is booked but is incorrect due to an electronic error, typographical error, human error or any other error causing the fare to be listed, quoted or advertised for an amount not intended by Carnival, Carnival reserves the right to correct the erroneous fare by requesting the Guest to pay the correct fare intended, or by canceling the cruise in exchange for a full refund, but in no event shall Carnival be obligated to honor any such booking resulting from the error or otherwise be liable in such circumstances.

(b) Carnival reserves the right to offer promotional cruise fares that require a minimum occupancy requirement per cabin. When the booked cruise fare is contingent on a minimum occupancy requirement per cabin, cancellation by one or more Guests in a cabin may cause an adjustment to the remaining Guests booked cruise fare based on the prevailing and available rate at the time of the cancellation ("recalculated fare"). Final payment in full of the recalculated fares for all remaining Guests in a cabin is due by 11:59:59 p.m. EST on the eve before the start of the cancellation penalty period. Failure to make timely final payment in full of the recalculated fares by all remaining Guests in a cabin will result in automatic cancellation of the reservation for the entire cabin.

(c) Carnival has the right without previous notice to cancel this contract at the port of embarkation or any time during the voyage and shall thereupon return to the Guest, if the Contract is completely canceled, his Cruise Fare, or, if the Contract is partially

Guests who violate our Smoking Policy will be assessed a $500 charge, per violation, on the Guest's Sail & Sign account, and may also result in the disembarkation of all Guests in the stateroom. Such Guests will be solely responsible for all resulting financial penalties and expenses to return home, and no refund of their unused cruise fare will be provided. Guest further acknowledges and agrees that any violation of this policy shall, in the sole discretion of Carnival, constitute a material breach of this cruise contract. In the event of such breach, Guest forfeits all rights hereunder, including the right to remain on board. Carnival reserves the right to disembark Guest(s), at any port, as determined by Carnival. Carnival shall not be liable for any refund or other compensation or damages whatsoever to any Guest disembarked pursuant to this provision, or who disembarks because another Guest is so disembarked, and all such Guests forfeit all rights under Carnival's "Vacation Guarantee." Such Guests may also be prohibited from sailing with Carnival in the future.

(d) Guest agrees, in all ports of call, to return to the Vessel not less than 30 minutes before the scheduled departure time. Guest further acknowledges that shipboard and shore side clocks may have different times, but it is Guest's responsibility to return to the vessel so as not to miss vessel's departure. Any costs associated with transporting Guest to rejoin the vessel including, but not limited to, governmental fees, visa fees, subsistence, lodging, air fare, launch fare, car hire or agency fees shall be for the account of Guest.

(e) Carnival has a "zero tolerance" policy toward any illegal activity or behavior by Guests or crew aboard. Guest agrees to comply with this policy and further acknowledges that it is Carnival's policy to report incidents of illegal activity or behavior to the appropriate law enforcement authorities. Carnival Cruise Line will cooperate with relevant authorities in any civil or criminal proceedings sought by those agencies.

(f) Beverage Policy: For safety reasons, Guests are prohibited from bringing alcoholic beverages on board with the following exception: At the beginning of the cruise during embarkation day, Guests (21 years of age and older) may carry on in their hand luggage, one 750 ml bottle of sealed/unopened wine or champagne per person. A $15 corkage fee (a charge exacted at a restaurant for every bottle of wine served that was not bought on the premises), per 750 ml bottle, will be charged should Guests wish to consume their wine or champagne in a main dining room, steakhouse or bar. Guests are also prohibited from bringing water, sodas and other non-alcoholic beverages on board that are packaged in bottles. A small quantity of non-alcoholic beverages (i.e., sparkling water, sodas, juice, milk) packaged in cans or cartons may be brought on board on embarkation day, only if carried on in Guests' hand luggage (not in checked luggage). A small quantity is considered a maximum of 12 sealed, unopened cans/cartons of 12 ounces each or less per person. Any hard liquor, beer, other forms of alcoholic beverage, and non-alcoholic beverages, outside of the exceptions referenced above, are strictly prohibited (in both carry-on and checked luggage) and such items will be confiscated and discarded and no compensation will be provided. Alcoholic beverages purchased in the vessel's gift shops or at a port of call will be retained by Carnival until the end of the voyage. Carnival reserves the right to refuse to serve alcohol to any passenger. Guest acknowledges that the minimum age permitted for the purchase, possession or consumption of alcoholic beverages aboard Carnival's vessels is twenty-one (21). Guest agrees to supervise all persons under age twenty-one (21) under Guest's charge to insure that they do not violate this, or any other, shipboard regulation. Guests who attempt to purchase alcohol by using false identification or the Sail & Sign card of a Guest who is twenty-one or older will be deemed in violation of this policy. Any Guest twenty-one or older who attempts to or purchases alcohol for any Guest under twenty-one will also be deemed in violation of this policy. Guest agrees that Carnival has the right to disembark any Guest who violates this policy and as well as any adults traveling with minors who violate this policy or any other shipboard regulation.

(g) Compliance with APHIS regulations: To protect U.S. agriculture and natural resources from the introduction and spread of foreign plant and animal pests and diseases please be advised that agricultural products including seeds, soil, live insects, food such as fresh fruit, vegetables and animal products including meat, milk, and eggs must not be brought back to the United States. This food includes meals that were offered during the cruise but were not consumed. If you have in your possession any meals or food, including any fresh fruit, vegetables and animal products such as meat sandwiches, milk, eggs from the ship, you must leave them behind or deposit them in the amnesty bin/food collection bin at the exit during disembarkation. These items are prohibited entry by U.S. Customs and Border Protection and the U.S. Department of Agriculture. Violations of these prohibitions may result in penalties and fines to the Guest.

(h) Tampering with Life Saving Devices: Guest agrees to not tamper with or discard over board any life saving device such as, but not limited to; life rings and life jackets, unless in an emergency or instructed to do so by the ship's master. Tampering with life-saving devices may result in a fine to the Guest.

### 9. PERSONAL DATA; VIDEO SURVEILLANCE; RIGHT TO SEARCH OR INSPECT; PRIVACY NOTICE AND PUBLIC WIRELESS SERVICES

(a) Carnival may utilize closed circuit television or other surveillance means onboard the vessel.

(b) Calls made to Carnival, and calls received from Carnival, may be recorded for the purposes of audit, training and the monitoring of services provided by Carnival.

(c) Guest agrees Carnival has, at all times with or without notice, the right to enter and search Guest's stateroom, personal safe or storage spaces, or to search or screen any Guest, and/or personal effects, at any location, to ensure compliance with any of the restrictions set forth in this agreement. Any Guest who refuses any such search or screening may be denied boarding or disembarked and no refund of the cruise fare will be issued.

(c) Carnival and the Vessel shall have a lien upon all baggage, money and other property whatsoever accompanying the Guest and the right to sell the same by public auction or otherwise for all sums whatsoever due from the Guest under this Contract and for the costs and expenses of enforcing such lien and such sale.

**11. INDEPENDENT CONTRACTORS, SHORE EXCURSIONS AND OTHER SERVICES**

(a) Guest acknowledges that all Shore excursions/tours (whether conducted in the water, on land or by air), airline flights and ground transportation, as well as the ship's physician, and on board concessions (including but not limited to, the gift shops, spa, beauty salon, fitness center, golf and art programs, video/snorkel concession) are either operated by or are independent contractors. Even though Carnival shall be entitled to collect a fee and earn a profit from the ticketing or sale of such services by such persons or entities, Carnival neither supervises nor controls their actions, nor makes any representation either expressed or implied as to their suitability. Carnival, in arranging for the services called for by the physician or nurse, all on board concessions, all shore excursion/tour tickets, all pre and post cruise airline flights or other transportation off of the ship and its water shuttles, does so only as a convenience for the Guest and Guests are free to use or not use these services. Guest agrees that Carnival assumes no responsibility, does not guarantee performance and in no event shall be liable for any negligent or intentional acts or omissions, loss, damage, injury or delay to Guest and/or Guest's baggage, property or effects in connection with said services. Guests use the services of all independent contractors at the Guest's sole risk. Independent contractors are entitled to make a proper charge for any service performed with respect to a Guest.

(b) Guest acknowledges that the ship's masseuse, barber, hair dresser, manicurist, fitness or golf instructor, videographer, art auctioneer, gift shop personnel, wedding planners or other providers of personal services are employees of independent contractors and Carnival is not responsible for their actions. Guest further acknowledges that although independent contractors or their employees may use signage or clothing which contains the name "Carnival" or other related trade names or logos, the independent contractor status remains unchanged. Independent contractors, their employees and assistants are not agents, servants or employees of Carnival and have no authority to act on behalf of Carnival.

(c) Although Carnival may have contracts, concessionaire agreements, and/or independent contractor agreements with the above mentioned service providers and contractors. Guest hereby acknowledges and agrees that Guests are not intended third-party beneficiaries of any such contracts and Guests have no right to assert themselves as third party beneficiaries of such contracts or agreements.

**12. LIMITATIONS OF CARNIVAL'S LIABILITY**

(a) In consideration for the fare paid, it is agreed that Carnival shall not be held vicariously liable for the intentional or negligent acts of any persons not employed by Carnival nor for any intentional or negligent acts of Carnival's employees committed while off duty or outside the course and scope of their employment.

(b) In consideration for the fare paid, it is agreed that Carnival shall have no liability as a consequence of Guest's use of ship's athletic or recreational equipment or as a consequence of Guest's decision to participate in any athletic or recreational activity or event.

(c) On international cruises which neither embark, disembark nor call at any U.S. port and where the Guest commences the cruise by embarkation or disembarks at the end of the Cruise in a port of a European Member State, Carnival shall be entitled to any and all liability limitations and immunities for loss of or damage to luggage, death and/or personal injury as provided under EU Regulation 392/2009 on the liability of carriers to passengers in the event of accidents. Unless the loss or damage was caused by a shipping incident, which is defined as a shipwreck, capsizing, collision or stranding of the ship, explosion or fire in the ship, or defect in the ship (as defined by the Regulation), Carnival's liability is limited to no more than 400,000 Special Drawing Rights ("SDR") (approximately U.S. $608,000, which fluctuates depending on the daily exchange rate as published in the Wall Street Journal) if the passenger proves that the incident was a result of Carnival's fault or neglect. If the loss or damage was caused by a shipping incident, Carnival's liability is limited to no more than 250,000 SDRs (approximately U.S. $380,000, which fluctuates depending on the daily exchange rate as published in the Wall Street Journal). Compensation for loss caused by a shipping incident can increase to a maximum of 400,000 SDRs unless Carnival proves that the shipping incident occurred without Carnival's fault or neglect. Shipping incidents do not include acts of war, hostilities, civil war, insurrection, natural disasters, or intentional acts or omissions of third parties. In cases where the loss or damage was caused in connection with war or terrorism, Carnival's liability for any personal injury or death (whether occurring during a shipping incident or a non-shipping incident) is limited to the lower of 250,000 SDRs per passenger or 340 million SDRs per ship per incident. Punitive damages are not recoverable for cruises covered by EU Regulation 392/2009. For more information on the EU Regulation 392/2009, please see the Official Journal of the European Union EU Regulation 392/2009 PDF.

In addition, Guests embarking a cruise in a European Member State port are afforded rights under EU Regulation 1177/2010. For additional information on EU Regulation 392/2009 and EU Regulation 1177/2010, please visit Carnival's EU Regulation 392/2009 PDF and EU Regulation 1177/2010 PDF.

(d) Carnival shall not be liable to the passenger for damages for emotional distress, mental suffering/anguish or psychological injury of any kind under any circumstances, except when such damages were caused by the negligence of Carnival and resulted

THIS CONTRACT PROVIDES FOR THE EXCLUSIVE RESOLUTION OF DISPUTES THROUGH INDIVIDUAL LEGAL ACTION AND SUPERSEDES ANY LAW ENTITLING GUEST TO PARTICIPATE IN A CLASS ACTION. THIS CLASS ACTION WAIVER PRECLUDES GUEST FROM PARTICIPATING IN OR BEING REPRESENTED IN ANY CLASS OR REPRESENTATIVE ACTION REGARDING ANY CLAIM BROUGHT UNDER THIS TICKET CONTRACT OR IN CONNECTION WITH GUEST'S CRUISE. EVEN IF APPLICABLE LAW PROVIDES OTHERWISE, GUEST AGREES THAT ANY ARBITRATION OR LAWSUIT AGAINST CARRIER WHATSOEVER SHALL BE LITIGATED BY GUEST INDIVIDUALLY AND NOT AS A MEMBER OF ANY CLASS OR AS PART OF A CLASS ACTION, AND GUEST EXPRESSLY AGREES TO WAIVE AUTHORITY TO ARBITRATE CLAIMS ON A CLASS ACTION BASIS. IF GUEST'S CLAIM IS SUBJECT TO ARBITRATION UNDER CLAUSE 13 (d) ABOVE, THE GUEST FURTHER AGREES AND ACKNOWLEDGES THAT THE CLASS ACTION WAIVER IS MATERIAL AND ESSENTIAL TO THE ARBITRATION OF ANY DISPUTES BETWEEN THE PARTIES AND IS NON-SEVERABLE FROM THE AGREEMENT TO ARBITRATE CLAIMS. THE VALIDITY AND EFFECT OF THIS CLASS ACTION WAIVER MAY BE DETERMINED ONLY BY A JUDGE OR COURT OF LAW AND NOT BY AN ARBITRATOR. GUEST AGREES THAT THIS SECTION SHALL NOT BE SEVERABLE UNDER ANY CIRCUMSTANCES FROM THE ARBITRATION CLAUSE SET FORTH IN SECTION 13 (d) ABOVE, AND IF FOR ANY REASON THIS CLASS ACTION WAIVER IS UNENFORCEABLE AS TO ANY PARTICULAR CLAIM, THEN AND ONLY THEN SUCH CLAIM SHALL NOT BE SUBJECT TO ARBITRATION.

### 15. CARNIVAL'S USE OF GUEST'S LIKENESS

Each Guest grants Carnival and/or its promotional partners the exclusive right to include photographic, video and other visual portrayals of Guest in any medium of any nature whatsoever for any purpose including without limitation trade, advertising, sales, publicity or otherwise, without compensation to Guest, and all rights, title and interest therein (including all worldwide copyrights therein) shall be Carnival's sole property, free from any claims by Guest or any person deriving any rights or interest from Guest. Each Guest understands and agrees that professional onboard photographers may photograph Guest, and that those photos may be processed, displayed and sold to Guests and others.

### 16. GUEST'S USE OF PHOTOS, VIDEOS OR RECORDINGS PROHIBITED

Guest hereby expressly agrees that he/she will not utilize any tape recording, video, or photograph(s) of himself/herself, any other Guest, crew, or third party on board the vessel, or depicting the vessel, its design, equipment, or any part thereof whatsoever, for any commercial purpose or in any media broadcast, or for any other non-private use, without the express written consent of Carnival. For the privacy of our guests and crew, Guest expressly agrees not to record or video interactions with other guests or crew without their express permission, and Guest further agrees that any use of video, photographic or recording equipment, including cell phones, in the medical center is expressly prohibited. Guest acknowledges that by boarding the vessel, at any time, Guest irrevocably agrees to this provision, which is a condition precedent to being permitted on board the vessel and can be enforced by any legal means, including, but not limited to, injunctive relief.

### 17. GUEST'S OBLIGATIONS FOR EXPENSES OR IF CONFINED, DENIED BOARDING OR DISEMBARKED

(a) Guest agrees if Carnival incurs any expense or sustains any damage as delineated in but not limited to Clauses 2, 4, 5, 8, 10 and this Clause, that Carnival may charge Guest's on-board charge account for any expense incurred or damage sustained.

(b) If Guest is denied boarding, confined to a stateroom or disembarked from the vessel pursuant to any provision of this contract, including but not limited to Clauses 2, 4, 5, 8, and 10, Guest agrees:

i. Carnival will not be liable for any refund of Cruise Fare, other compensation or any damages;

ii. All rights under Carnival's Vacation Guarantee are forfeited. This forfeiture also applies to any Guest who disembarks because another Guest is disembarked;

iii. Disembarkation and repatriation to the embarkation port or any other destination will be at Guest's sole expense; and,

iv. To indemnify Carnival and that Carnival may charge Guest's on-board charge account for any and all expenses incurred by Carnival in relation to Guest's disembarkation and/or repatriation.

### IMPORTANT TERMS AND CONDITIONS FOR NON CRUISE PORTIONS OF VACATION PACKAGES PLEASE READ CAREFULLY

**18.** Please see above for the applicable terms and conditions for the cruise portion of Guests vacations. The terms and conditions in this paragraph apply only to Carnival's responsibilities for non-cruise portions of vacation packages. Other terms and conditions with respect to air travel, hotel and other non-cruise activities may be applied by the entities providing those services.

**19.** The payment of the required deposit or any partial or full payment for reservation of a land package before or after the cruise shall constitute acceptance and consent to all of the terms and conditions of this Contract and the General Information and Vacation Package Conditions and Restrictions contained in the brochure for such vacation package and/or the brochures and circulars of the suppliers. These provisions are hereby incorporated by reference in this Contract and vacation package Guests (hereinafter referred to as Guests) are advised to take note of them.

31. **Refunds/Seat Assignments/Special Services/Fares/Lost Tickets/Baggage Charges:** Failure to use your FLY2FUN airline ticket/s results in a waiver of its value and any compensation; unused airline tickets are only refundable to Carnival. Please note that because of changing airline tariffs, your actual air ticket may reflect fares higher or lower than the air add-on or cruise only credit amounts originally quoted. If so, the difference is neither chargeable nor refundable to you; you will be charged the amount originally quoted. Carnival reserves the right to pass on to the Guest any cancellation or change penalties, which may total up to the amount originally quoted. It is your sole responsibility to re-confirm flight arrangements, within 48 hours of flight departure. Please note that although Carnival Cruise Line can pass requests for seat assignments, special meals and special assistance to the airlines, we cannot guarantee that such requests will be honored. For the best travel experience, we recommend that Guests or their travel agents contact the airlines directly to confirm these requests. Carnival is not responsible for airline schedule changes. Guests are responsible for luggage fees, excess luggage charges as well as any other charges imposed by airlines or airports. For additional information on airline's baggage charges and fees please refer to the Airline Baggage FAQs page, reference against the Travel Information page you received along with your cabin confirmation or the Travel Information page in your cruise document accessed through Manage My Cruise. If a paper ticket is issued instead of an E-ticket, the original paper ticket must be returned to Carnival; any outstanding refund will be held pending the receipt of the paper tickets.

32. **Liability and Relationship with Airlines:** If Carnival is unable to arrange for air transportation for any cause beyond Carnival's control, such as airline capacity controls, air transportation arranged is no longer available, or otherwise fails to materialize, Carnival's sole liability will be limited to refunding the air add-on paid or cruise only credit. Carnival acts as an independent travel agent, and it is not affiliated with the airline carriers. Carnival books air as a convenience for the Guests. Carnival assumes no liability for any of the airlines' acts or omissions, including, without limitation, those involving cancellation of flights, schedule changes, re-routings, damage to or delay or loss of baggage, flight delays, equipment failures, accidents, pilot or other staff shortages, overbooking or clerical/system errors. Your rights against the airlines are controlled and subject to the terms and conditions set forth in the airline's ticket and tariffs, and any and all applicable laws and regulations.

**IMPORTANT ADDITIONAL TERMS AND CONDITIONS FOR CARNIVAL EASY PAY OPTION**

33. This offer applies only to qualifying cruises where the "Carnival Easy Pay" option is available on the cruise detail page.

34. This offer is not transferable and may not be combined with other offers.

35. To be eligible for this offer, Guest must reside in the United States of America and must have a valid credit card associated with their Carnival.com account. Please note that this program is not available to Guests using a debit card, PayPal, or ACH from a bank account (e.g., checking or savings account) to make payments. This offer may not be available to every guest and may not be available for all qualifying cruises. In determining eligibility for this offer, Carnival reserves the right to consider, for each transaction, factors including Guest's payment history and the nature and price of the cruise being reserved. Carnival will not use a credit report to determine eligibility for this offer.

36. Carnival reserves the right to cancel this offer at any time.

37. Guest will be charged the full price of the applicable deposit in one initial payment and subsequent monthly payments (if the full price is not evenly divisible, Guest's final payment amount may be smaller). No interest or finance charges apply to this offer. Any interest, finance charges or fees assessed by the issuer of the payment method to which payments are charged may still apply. Taxes (other than Cruise Taxes, Fees, and Port Expenses) may apply in certain jurisdictions. Any applicable taxes will be due and assessed in full as part of Guest's initial payment when the booking is completed.

38. Guest authorizes Carnival to charge each payment to the credit card associated with Guest's Carnival.com account that was used to make the initial payment or, if Carnival is unable to complete a charge using such credit card, to any other credit card Guest has on file in Guest's Carnival.com account. Guest agrees to maintain in their Carnival.com account at least one valid credit card that expires no earlier than 20 days after the last payment due date.

39. Guest may prepay the full remaining balance of their purchase at any time, but may not prepay a portion of the remaining balance.

40. If Carnival is not able to charge any payment to a credit card on file in Guest's Carnival.com account, Carnival reserves the right to pursue any remedy available, including the right to cancel Guest's reservation, as well as all remaining Guests in the same cabin. Guest agrees that Carnival and its affiliates have no liability related to the exercise of these remedies.