UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-23651-UU

LORRAINE MAHEU,

    Plaintiff,
v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On September 4, 2019, summons issued as to the defendant in this case. D.E. 5. As of the date of this Order, Plaintiff has not filed a verified affidavit of service nor otherwise apprised the Court as to the status of service upon the defendant. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall show cause in writing as to her efforts in effecting service on the defendant by **Wednesday, October 2, 2019**. Alternatively, Plaintiff may file her verified return of service on the defendant by such date. **Failure to respond to this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of September, 2019.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided to: counsel of record