AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-23651-CIV-UU

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carnival Corporation c/o Registered Agent NRAI Services, Inc.
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carnival Corporation c/o Registered Agent NRAI Services, Inc. who is designated by law to accept service of process on behalf of *(name of organization)* Corp. Operations Management/R/A of NRAI Services, Inc. and authorized person to take service on behalf of Carnival Corporation. Donna Moch, as Senior on *(date)* 9/16/2019 @ 10:30AM; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/24/2019

_____
Server's signature

Susan D. Piñeiro, Process Server #1065
Printed name and title

16535 SW 104th Ct, Miami, FL 33157
Server's address

Additional information regarding attempted service, etc:

Case 1:19-cv-23651-UU   Document 5   Entered on FLSD Docket 09/04/2019   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Lorraine Maneu

Plaintiff(s)

v.

Carnival Corporation, a foreign corporation d/b/a Carnival Cruise Line and Carnival Cruise Lines

Defendant(s)

Civil Action No. 19-23651-CIV-UU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carnival Corporation
c/o Registered Agent NRAI Services, Inc.
1200 S. Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Curt Obront, Esq.
Obront Corey, PLLC
100 S. Biscayne Boulevard
Suite 800
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Sep 4, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ J. Adams
Deputy Clerk
U.S. District Courts