## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 19-23651-CIV-UNGARO

**LORRAINE MAHEU,**

     Plaintiff,

vs.

**CARNIVAL CORP.,**

     Defendant,

_____/

### EXHIBIT 1
### PROPOSED JOINT SCHEDULING ORDER

     This case is assigned to the Standard Case Management Track as set forth in S.D. Fla. L.R.

16.1(a)(2)(B). The parties shall adhere to the following schedule:

| | |
|---|---|
| 1. A mediator and date for mediation must be selected and scheduled for a date no later than 15 days after the discovery cut-off by | **November 15, 2019** |
| 2. Joinder of any additional parties and filing of motions to amend the complaint by | **November 15, 2019** |
| 3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **March 20, 2020** |
| 4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **April 3, 2020** |
| 5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **April 28, 2020** |
| 6. Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to the opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt of new or revised information by | **January 24, 2020** |

*Maheu v. Carnival Corp.*
Case No. 19-23651-CIV-UNGARO
Page **2** of 3

7.  All discovery, including expert discovery shall be completed by — **June 5, 2020**

8.  Dispositive motions shall be filed by — **June 12, 2020**

9.  All pretrial non-dispositive motions shall be filed by — **June 8, 2020**

10. Mediation must be completed by — **February 7, 2020**

11. Joint Pretrial Stipulation must be filed pursuant to Local Rule 16.1E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages and corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit by — **September 25, 2020**

12. Joint proposed jury instructions or proposed findings of fact and conclusion of law addressing (1) the legal elements of Plaintiff's claims at trial, including damages, and (2) the Legal elements of the defenses at trial by — **September 25, 2020**

13. Deposition designations must be filed by — **October 9, 2020**

14. Pre-Trial Conference by — **October 21, 2020**

15. Calendar Call by — **October 28, 2020**

16. Trial Date by — **November 9, 2020**

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of _____, 2019.

_____

HONORABLE URSULA M. UNGARO
UNITED STATES DISTRICT COURT JUDGE

## SERVICE LIST

CURT OBRONT, ESQ.
Email: curt@obrontcorey.com
OBRONT COREY, PLLC
100 South Biscayne Boulevard, Suite 800
Miami, FL 33131
Telephone:  (305) 373-1040
Facsimile: (305) 373-2040
Attorney for Plaintiff

VALENTINA M. TEJERA, ESQ.
Email: vtejera@carnival.com
3655 N.W. 87th Avenue
Miami, FL 33178
Telephone: (305) 406-7556
Facsimile: (305) 406-4732
Attorney for Defendant, CARNIVAL