UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-23651-CIV-UU

LORRAINE MAHEU,

      Plaintiff,

v.

CARNIVAL CORPORATION,
a foreign corporation d/b/a
CARNIVAL CRUISE LINE and
CARNIVAL CRUISE LINES,

      Defendant.

_____/

## NOTICE OF SELECTION OF MEDIATOR

      The Plaintiff, LORRAINE MAHEU, by and through the undersigned counsel hereby gives

notice that the parties have agreed upon the selection of Michael P. Essington, Esq. as the mediator

in this case.

                                Respectfully submitted,

                                OBRONT COREY, PLLC
                                Attorneys for Plaintiff
                                100 South Biscayne Boulevard
                                Suite 800
                                Miami, Florida 33131
                                Phone: (305) 373-1040
                                Fax:   (305) 373-2040
                                E-mail: curt@obrontcorey.com

                                By :      /s/ Curt Obront
                                  CURT OBRONT, ESQ.
                                  Florida Bar No. 402494

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on

November 12, 2019 by E-mail to all counsel of record on the Service List below.


_____/s/ Curt Obront_____
CURT OBRONT, ESQ.


## <u>Service List</u>

Curt Obront, Esq.
Counsel for Plaintiff  Lorraine Maheu
Obront Corey, PLLC
100 South Biscayne Boulevard
Suite 800
Miami, Florida 33131
Telephone: (305) 373-1040
Fax:          (305) 373-2040
E-mail:      curt@obrontcorey.com

Valentina M. Tejera, Esq.
Counsel for Defendant Carnival Corporation
3655 N.W. 87th Avenue
Miami, Florida 33178
Telephone: (305) 406-7556
Fax:          (305) 406-4732
E-mail:      vtejera@carnival.com