UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 19-cv-23651-UU

LORRAINE MAHEU,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.
_____/

### NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

COMES NOW the Defendant, CARNIVAL, by and through its undersigned counsel, and hereby files this Notice of Filing Proposed Order Scheduling Mediation.

Respectfully submitted,

VALENTINA M. TEJERA
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
(305) 406-7556 Direct Phone
(305) 599-2600 Ext. 18024 Assistant's Phone
(305) 406-4732 Telefax
Dedicated Judge's Phone (305) 406-5399
(For Judges only)

By: __*s/ Valentina M. Tejera, Esq.*__
     Valentina M. Tejera, Esq.
     Fla. Bar No: 536946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

VALENTINA M. TEJERA
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
(305) 406-7556 Direct Phone
(305) 599-2600 Ext. 18024 Assistant's Phone
(305) 406-4732 Telefax
Dedicated Judge's Phone (305) 406-5399
(For Judges only)

By: __s/ Valentina M. Tejera, Esq.__
Valentina M. Tejera, Esq.
Fla. Bar No: 536946

]
## SERVICE LIST

| VALENTINA M. TEJERA, ESQ. | CURT OBRONT, ESQ. |
|---|---|
| vtejera@carnival.com | curt@obrontcorey.com |
| 3655 N.W. 87th Avenue | OBRONT COREY, PLLC |
| Miami, FL 33178 | 100 South Biscayne Boulevard |
| Telephone: (305) 406-7556 | Suite 800 |
| Facsimile: (305) 406-4732 | Miami, FL 33131 |
| Attorney for Defendant | Telephone: (305) 373-1040 |
| | Facsimile: (305) 373-2040 |
| | Attorney for Plaintiff |

[Service via CM/ECF Notice of Electronic Filing