UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 19-cv-23651-UU

LORRAINE MAHEU,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Michael P. Essington, Esq., on December 13, 2019 at 9:00 A.M., at 1221 Brickell Avenue, Suite 2400, Miami, FL 33131.

**ENTERED** this _____ day of _____2019.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record