UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-23651-UU

LORRAINE MAHEU,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this matter shall be held with Michael P. Essington, Esq. on December 13, 2019, at 9:00 a.m. at 1221 Brickell Avenue, Suite 2400, Miami, FL 33131.

    DONE AND ORDERED in Chambers at Miami, Florida this _13th_ day of November, 2019.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record